# Sills Cummis & Gross
A Professional Corporation

**MEMORANDUM ENDORSED**

101 Park Avenue
28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2025

**Katherine M. Lieb**
Of Counsel
Admitted In NY
Direct Dial: 212-500-1580
Email: klieb@sillscummis.com

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

September 24, 2025

**By ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

Re: *Fabtrends International Inc. v. Ninety Clothing Co., LLC*
Civil Action No. 1:25-cv-06229-GHW

Dear Judge Woods:

This firm represents Plaintiff Fabtrends International Inc. ("Fabtrends") in the above-referenced matter. Pursuant to Section 1.E. of Your Honor's Individual Rules of Practice in Civil Cases, we write to respectfully request an adjournment sine die of the initial pretrial conference scheduled for October 1, 2025 and today's associated deadline for the joint letter and proposed case management plan. Notwithstanding service of the Complaint on August 12, 2025, Defendant Ninety Clothing Co., LLC has not yet appeared in this action and is presently in default. Earlier today, Fabtrends submitted a request for entry of the Clerk's Certificate of Default (ECF Nos. 11-13), which was subsequently entered (ECF No. 15). Fabtrends intends to proceed with a request for default judgment pursuant to Your Honor's procedures and proposes that such application be filed no later than October 30, 2025.

We thank the Court for its attention to this request.

Respectfully submitted,

*/s/ Katherine M. Lieb*
Katherine M. Lieb

Application granted. The initial pretrial conference scheduled for October 1, 2025 is adjourned *sine die*. The Court expects that any application for an issuance of an order to show cause will be submitted by October 30, 2025. Any such application must be made in full compliance with the Court's Individual Rules of Practice in Civil Cases

SO ORDERED.
Dated: September 24, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge