# Sills Cummis & Gross
### A Professional Corporation

**MEMORANDUM ENDORSED**

**101 Park Avenue**
**28th Floor**
**New York, New York 10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2025
```

**Katherine M. Lieb**
**Of Counsel**
**Admitted In NY**
**Direct Dial: 212-500-1580**
**Email: klieb@sillscummis.com**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

October 24, 2025

**By ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

      Re:    *Fabtrends International Inc. v. Ninety Clothing Co., LLC*
             Civil Action No. 1:25-cv-06229-GHW

Dear Judge Woods:

    This firm represents Plaintiff Fabtrends International Inc. ("Fabtrends") in the above-referenced matter. Pursuant to Section 1.E. of Your Honor's Individual Rules of Practice in Civil Cases, we write to respectfully request a two-week adjournment of the deadline for submission of Fabtrends' proposed order to show cause for default judgment due to professional and personal commitments of counsel. The current deadline is October 30, 2025, and the proposed deadline is November 13, 2025. This is Fabtrends' first request for an extension of this deadline, and defendant Ninety Clothing Co., LLC has not appeared and is currently in default.

    We thank the Court for its attention to this request.

                                                   Respectfully submitted,

                                                   */s/ Katherine M. Lieb*
                                                    Katherine M. Lieb

---

Application granted. The Court expects that Plaintiff will submit any proposed order to show cause for default judgment no later than November 13, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.
Dated: October 24, 2025
New York, New York

                                        _____
                                        GREGORY H. WOODS
                                      United States District Judge