UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/25/2025

------------------------------------------------------------------- X
                            :

FABTRENDS INTERNATIONAL INC.,     :

                            :

                 Plaintiff,   :            1:25-cv-6229-GHW

                            :

          -v-              :            ORDER

                            :

NINETY CLOTHING CO., LLC.,      :

                            :

              Defendant.   :

                            :

------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 24, 2025, Plaintiff requested an extension of time to file its supplemental submission calculating the amount of attorneys' fees and prejudgment interest it seeks in connection for its application for an order to show cause.  Dkt. No. 28.  The Court granted that request.  Dkt. No. 29.  Plaintiff is ordered to serve a copy of that order and this order on Defendant and to file proof of service.

SO ORDERED.

Dated:  November 25, 2025

_____
GREGORY H. WOODS
United States District Judge