USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                              :

FABTRENDS INTERNATIONAL INC.,    :

                              :

                  Plaintiff,   :          1:25-cv-6229-GHW

                              :

        -v-             :          <u>ORDER</u>

                              :

NINETY CLOTHING CO., LLC.,     :

                              :

                 Defendant.   :

                              :
---------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

On January 16, 2026, the Court conditioned vacatur of the entry of default against Defendant on Defendant's payment of $23,166.26 in attorneys' fees and costs. Dkt. No. 44.

On February 18, 2026, Plaintiff informed the Court that Defendant has paid this amount. Dkt. No. 45. Accordingly, Defendant's motion to vacate the entry of default is GRANTED.

The Court will hold an initial pretrial conference in this case on March 9, 2026 at 3:00 p.m. The conference will be held telephonically. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules. The deadline for the parties' submissions as specified in the Court's first order scheduling the initial pretrial conference in this case, Dkt. No. 8, is extended to March 2, 2026.

The Clerk of Court is directed to vacate the entry of default and to terminate the motion pending at Dkt. No. 35.

SO ORDERED.

Dated: February 19, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge