# Sills Cummis & Gross

### A Professional Corporation

**101 Park Avenue**
**28th Floor**
**New York, New York 10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

**Katherine M. Lieb**
**Of Counsel**
**Admitted In NY**
**Direct Dial: 212-500-1580**
**Email: klieb@sillscummis.com**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

## MEMORANDUM ENDORSED

March 2, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/03/2026

**By ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

Re:     *Fabtrends International Inc. v. Ninety Clothing Co., LLC*
        Civil Action No. 1:25-cv-06229-GHW

Dear Judge Woods:

This firm represents Plaintiff Fabtrends International Inc. ("Fabtrends") in the above-referenced matter. Pursuant to Section 1.E. of Your Honor's Individual Rules of Practice in Civil Cases, Fabtrends writes to respectfully request a short adjournment of the Initial Pretrial Conference scheduled for March 9, 2026, at 3 p.m., due to a personal conflict of counsel. This is Fabtrends' first request for an adjournment of this conference, and defendant Ninety Clothing Co., LLC ("Ninety Clothing") does not object. Counsel for Fabtrends and Ninety Clothing are available on the following alternative days: March 11, the morning of March 13, and March 16.

We sincerely appreciate the Court's attention to this request.

Application granted. The conference scheduled for March 9, 2026 is adjourned to March 11, 2026 at 3:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 50.

Respectfully submitted,

*/s/ Katherine M. Lieb*
Katherine M. Lieb

SO ORDERED.
Dated: March 3, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge