

405 Lexington Avenue
New York NY 10174

Main   212 336 8000
Fax    212 336 8001
Web    www.arelaw.com

## MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2026

March 10, 2026

**_via ECF_**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

Douglas A. Miro
Direct 212 336 8080
E-mail dmiro@arelaw.com

Re:  ***Fabtrends International Inc. v. Ninety Clothing Co., LLC***
Civil Action No. 1:25-cv-06229-GHW
Our File: 00868-0005

Dear Judge Woods,

This firm has just been retained to represent Defendant Ninety Clothing Co., LLC ("Defendant") in the above-referenced action.[1]

We submit this letter motion pursuant to Rule 1.E of Your Honor's Individual Rules & Practices in Civil Cases, with the consent of Plaintiff Fabtrends International Inc. ("Plaintiff"), seeking a two-week adjournment of the Initial Pretrial Conference scheduled for tomorrow, March 11, 2026, at 3:00 PM. We apologize for the late notice of this request.

In connection with this request, Defendant represents as follows:

(1)   The Initial Pretrial Conference is currently scheduled for tomorrow, March 11, 2026, at 3:00 PM;

(2)   This is the second request for an adjournment of the conference;

(3)   The requested adjournment will allow Defendant's recently retained counsel to familiarize itself with the case and allow the parties to engage in further settlement discussions;

---

[1] We are working with Defendant's current attorney of record, Mark Salem, to finalize a Motion for Substitution of Counsel, which we expect to file shortly.

4903-2981-6466v.1

The Honorable Gregory H. Woods        2        March 10, 2026

(4)     Plaintiff consents to the adjournment;

(5)     Counsel for both parties are available on the following alternative dates: the afternoon of March 25, and all day on March 26.

Thank you for your consideration in this matter.

Very truly yours,

*/s/ Douglas A. Miro*

Douglas A. Miro

cc: Counsel for Plaintiff (*via ECF*)

Application granted.  The conference scheduled for March 11, 2026 is adjourned to March 26, 2026 at 4:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 55.

SO ORDERED.
Dated:  March 10, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

4903-2981-6466v.1